Phillip SMALL, Plaintiff—Appellant,

v.

Edgar TERRY, Manager at Correctional Food Service, Defendant—Appellee.

No. 04–7969.

United States Court of Appeals, Fourth Circuit.

Submitted April 20, 2005.

Decided April 29, 2005.

Phillip Small, Appellant pro se.

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Phillip Small appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Small v. Terry,* No. CA–04–240–1 (W.D.N.C. Dec. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED*